LEONARD L. GUMPORT (Bar No. 86935)
PETER J. MASTAN (Bar No. 190250)
LISA N. NOBLES (Bar No. 233723)
GUMPORT | REITMAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone:   (213) 452-4900
Facsimile:   (213) 623-3302

Attorneys for Christopher R. Barclay,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Substantively Consolidated Bankruptcy Estates of MIDLAND EURO EXCHANGE, INC., MIDLAND EURO, INC., MIDLAND GROUP, INC., MOSHE LEICHNER, and ZVI LEICHNER,<br><br>Debtors. | Bk. No. SV03-13981GM<br>[Includes cases previously designated Bk. Nos. SV 03-13982-AG, SV 03-13986-AG, SV 03-13987, and SV 03-13989-AG]<br><br>CHAPTER 7<br><br>REPLY RE STATUS OF MOTION FOR ORDER AUTHORIZING THE TRUSTEE TO COMPROMISE CLAIMS WITH GALINA KUBRAK, 18607 VENTURA ASSOCIATES, LTD., AND YEHOSHUA MICHAELY<br><br>DATE:   January 16, 2008<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 303<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA<br>        [Judge Mund] |

/ / /

/ / /

/ / /

/ / /

**TO GALINA KUBRAK, 18607 VENTURA ASSOCIATES, LTD., YEHOSHUA MICHAELY, THE OFFICE OF THE U.S. TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Trustee has not received any opposition to his motion (the "Kubrak Settlement Motion"), filed December 17, 2007, for approval of a settlement between the Trustee and Galina Kubrak, 18607 Ventura Associates, Ltd., and Yehoshua "Josh" Michaely in connection with the adversary proceeding entitled <u>Barclay, Trustee v. Yossi Attia et al.</u>, Adv. No. AD 04-1390-GM.

DATED: January 11, 2008

Respectfully submitted,

GUMPORT | REITMAN

By: _____
Leonard L. Gumport
Attorneys for Christopher R. Barclay, Trustee

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                                ) ss.
COUNTY OF LOS ANGELES          )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Gumport | Reitman, 550 South Hope Street, Suite 825, Los Angeles, CA 90071-2627.

      On **January 14, 2008,** in the manner indicated below, the foregoing document described as: **REPLY RE STATUS OF MOTION FOR ORDER AUTHORIZING THE TRUSTEE TO COMPROMISE CLAIMS WITH GALINA KUBRAK, 18607 VENTURA ASSOCIATES, LTD., AND YEHOSHUA MICHAELY** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

__X__   **(FIRST CLASS U.S. MAIL)** I caused such envelope(s) to be mailed by first class U.S. mail by depositing them in an "OUT" box in the office of my employer, following this business's ordinary practice, with which I am readily familiar. On the same day correspondence is placed for collection and mailing in that "OUT" box, such correspondence is deposited in the ordinary course of business with the United States Postal Service by Desmond Mail Delivery Service pursuant to its contract with Gumport | Reitman. (C.C.P. § 1013(a)(3)).

\* \* \* \* \* \*

____   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

      EXECUTED **January 14, 2008,** at Los Angeles, California.

_____
KATHLEEN MAROSY

## SERVICE LIST

**CHAPTER 7 TRUSTEE**
Christopher Barclay, Trustee
LECG, LLC
600 Anton Boulevard, Suite 1350
Costa Mesa, CA 92626

**OFFICE OF U.S. TRUSTEE**
c/o Jennifer Braun, Esq.
Office of U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**UNITED STATES OF AMERICA**
**(CREDITOR/PARTY IN INTEREST)**
Monica Tait., Esq.
Assistant United States Attorney
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

**UNITED STATES ATTORNEY**
**(CREDITOR/PARTY IN INTEREST)**
Brent A. Whittlesey, Esq.
Assistant United States Attorney
U.S. Attorney's Office
300 North Los Angeles Street
Room 7516-04
Los Angeles, CA 90012

**COUNSEL TO BLUE WATER SUNSET, LLC**
Philip D. Dapeer, Esq.
Philip D. Dapeer, a Law Corp.
699 Hampshire Rd., Suite 105
Westlake Village, CA 91361-2352

**COUNSEL FOR JOSH MICHAELY, CRANKS ROAD, CHARTWELL TECHNOLOGY, AND SHIRAN INVESTMENTS**
Timothy R. Hanigan, Esq.
Lang, Hanigan & Carvalho, LLP
21021 Ventura Blvd., Suite 450
Woodland Hills, CA 91364

**COUNSEL FOR GALINA KUBRAK AND 18607 VENTURA ASSOCIATES, LTD.**
Andrew A. Goodman, Esq.
Law Offices of Andrew Goodman
200 N. Westlake Boulevard, Suite 202
Westlake Village, CA. 91362

**TANIA NOVAL, IN PRO PER**
Tania Noval, In Pro Per
24389 Avenida de Los Ninos
Laguna Niguel, CA 92677-3516

**DEFENDANT VICTOR JESUS NOVAL**
c/o Victor Jesus Noval
PMB 404
1836 Parnell Street
Westwood, CA 96137