```
LEONARD L. GUMPORT (Bar No. 86935)
PETER J. MASTAN (Bar No. 190250)
LISA N. NOBLES (Bar No. 233723)
GUMPORT | REITMAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone:  (213) 452-4900
Facsimile:  (213) 623-3302

Attorneys for Christopher R. Barclay,
Chapter 7 Trustee
```

FILED
JAN 16 2008

ENTERED
JAN 16 2008

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Substantively Consolidated Bankruptcy Estates of MIDLAND EURO EXCHANGE, INC., MIDLAND EURO, INC., MIDLAND GROUP, INC., MOSHE LEICHNER, and ZVI LEICHNER,<br><br>Debtors. | Bk. No. SV03-13981GM<br>[Includes cases previously designated Bk. Nos. SV 03-13982-AG, SV 03-13986-AG, SV 03-13987, and SV 03-13989-AG]<br><br>**CHAPTER 7**<br><br>**ORDER GRANTING MOTION OF TRUSTEE FOR AUTHORITY TO COMPROMISE CLAIMS WITH GALINA KUBRAK, 18607 VENTURA ASSOCIATES, LTD., AND YEHOSHUA MICHAELY**<br><br>DATE:   January 16, 2008<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 303<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA<br>        [Judge Mund] |

///
///
///

# ORDER AUTHORIZING SETTLEMENT

On the 10:00 a.m. calendar, on January 16, 2008, in Courtroom 303 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, CA 91367, before the Honorable Geraldine Mund, United States Bankruptcy Judge, the Trustee brought on for hearing a motion (the "Motion"), filed December 17, 2007 and entitled "Notice of Motion and Motion for Order Authorizing Trustee to Compromise Claims with Galina Kubrak, 18607 Ventura Associates, Ltd., and Yehoshua Michaely etc."

The Motion was filed by Christopher R. Barclay, chapter 7 trustee (the "Trustee") of the substantively consolidated bankruptcy estates (the "Estate") of debtors Midland Euro Exchange, Inc., Midland Euro, Inc., Midland Group, Inc., Moshe Leichner, and Zvi Leichner (the "Debtors"), to approve a compromise with Galina Kubrak ("Kubrak"), 18607 Ventura Associates, Ltd., a California limited partnership ("18607 Ventura") and Yehoshua Michaely ("Michaely") (collectively, the "Defendant Parties") No opposition to the Motion was filed. Any appearances were stated on the record. Good cause appearing, the Court finds and directs that:

1.  Approval is hereby granted of the Trustee's proposed settlement with the Defendant Parties as set forth in the Settlement Agreement and Mutual General Release (the "Agreement"), attached as Exhibit 1 to the Motion.

2.  Authority is hereby granted to the Trustee to perform the terms of the Agreement, including the exchange of releases specified in the Agreement and the dismissal as to the Defendant Parties in Barclay, Trustee v. Yossi Attia, et al., Adv. No. 04-01390 (the "Adversary Proceeding") on the terms and conditions specified in the Agreement.

3.  The Lis Pendens Order (as defined in the Agreement, namely the order entered August 4, 2006 in the Adversary Proceeding and attached as Exhibits 5 and 6 to the Motion) is hereby dissolved on the terms and conditions specified in the Agreement.

4.  All proofs of claim of the Defendant Parties are hereby disallowed on the terms specified in the Agreement (including, without limitation, Claim No. 142 by Galina Kubrak for $2.2 million).

5. It is hereby found that the Agreement was made in good faith and in an arm's-length transaction.

6. It is hereby found that adequate notice of the hearing on the Motion was given.

**IT IS SO ORDERED.**

DATED: January 16, 2008

THE HONORABLE GERALDINE MUND
UNITED STATES BANKRUPTCY JUDGE

**PROPOSED BY:**

GUMPORT | REITMAN

By: _____
    Leonard L. Gumport
Attorneys for Christopher R. Barclay, Trustee

**APPROVED AS TO FORM ONLY:**

LAW OFFICES OF ANDREW GOODMAN

By: _____
    Andrew Goodman
Attorneys for Galina Kubrak and 18607 Ventura Associates, Ltd.

LANG, HANIGAN & CARVAHLO

By: _____
    Timothy R. Hanigan
Attorneys for Yehoshua Michaely

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re Substantively Consolidated Bankruptcy Estates of MIDLAND EURO EXCHANGE, INC., MIDLAND EURO, INC., MIDLAND GROUP, INC., MOSHE LEICHNER, ZVI LEICHNER, | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER SV03-13981GM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify):* ORDER GRANTING MOTION OF TRUSTEE FOR AUTHORITY TO COMPROMISE CLAIMS WITH GALINA KUBRAK, 18607 VENTURA ASSOCIATES, LTD., AND YEHOSHUA MICHAELY

   was entered on *(specify date)* JAN 1 6 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date):* JAN 1 6 2008

Dated: JAN 1 6 2008

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
    Deputy Clerk

*Rev 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California*  **F 9021-1.1**

# SERVICE LIST

**CHAPTER 7 TRUSTEE**
Christopher Barclay, Trustee
LECG, LLC
600 Anton Boulevard, Suite 1350
Costa Mesa, CA 92626

**OFFICE OF U.S. TRUSTEE**
c/o Jennifer Braun, Esq.
Office of U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**UNITED STATES OF AMERICA
(CREDITOR/PARTY IN INTEREST)**
Monica Tait., Esq.
Assistant United States Attorney
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

**UNITED STATES ATTORNEY
(CREDITOR/PARTY IN INTEREST)**
Brent A. Whittlesey, Esq.
Assistant United States Attorney
U.S. Attorney's Office
300 North Los Angeles Street
Room 7516-04
Los Angeles, CA 90012

**COUNSEL TO BLUE WATER SUNSET, LLC**
Philip D. Dapeer, Esq.
Philip D. Dapeer, a Law Corp.
699 Hampshire Rd., Suite 105
Westlake Village, CA 91361-2352

**COUNSEL FOR JOSH MICHAELY, CRANKS ROAD, CHARTWELL TECHNOLOGY, AND SHIRAN INVESTMENTS**
Timothy R. Hanigan, Esq.
Lang, Hanigan & Carvalho, LLP
21021 Ventura Blvd., Suite 450
Woodland Hills, CA 91364

**COUNSEL FOR GALINA KUBRAK AND 18607 VENTURA ASSOCIATES, LTD.**
Andrew A. Goodman, Esq.
Law Offices of Andrew Goodman
200 N. Westlake Boulevard, Suite 202
Westlake Village, CA 91362

**TANIA NOVAL, IN PRO PER**
Tania Noval, In Pro Per
24389 Avenida de Los Ninos
Laguna Niguel, CA 92677-3516

**DEFENDANT VICTOR JESUS NOVAL**
c/o Victor Jesus Noval
PMB 404
1836 Parnell Street
Westwood, CA 96137

**COUNSEL TO LEICHNER FAMILY MEMBERS; MOSHE SCHNAPP, YOSSI ATTIA AND NUMEROUS OTHER PARTIES**
c/o Robert M. Yaspan, Esq.
Yaspan & Thau
21700 Oxnard Street, #1750
Woodland Hills, CA 91367

**COUNSEL TO CHAPTER 7 TRUSTEE**
Leonard L. Gumport, Esq.
Gumport | Reitman
550 South Hope Street, Suite 825
Los Angeles, CA 90071